IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENGAL CONVERTING SERVICES, INC., | : : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | |
| DUAL PRINTING, INC., | : : | No. 11-6375 |
| Defendant. | : | |

**O R D E R**

AND NOW, this 12th day of March 2012, upon consideration of Defendant Dual Printing, Inc.'s Motion to Dismiss (Doc. No. 7) and all responses thereto, it is hereby ORDERED that the Motion to Dismiss is GRANTED without prejudice as to Counts II and III of the Complaint.

It is FURTHER ORDERED that Dual Printing shall file an Answer to Bengal Converting Services, Inc.'s Complaint on or before April 2, 2012.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1